UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES )
) 1:19-cr-79
v. ) Judge Mattice
) Magistrate Judge Steger
ALEJANDRA CENICEROS, )
Also known as Guadalupe Araguz )

## INDICTMENT
## COUNT ONE
## PASSPORT FRAUD

The Grand Jury charges that in or about December 2017, in the Eastern District of Tennessee, the defendant, ALEJANDRA CENICEROS, also known as Guadalupe Araguz, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for her own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant provided a false name and false signature, in that, in such application, defendant stated, and signed that her name as "Guadalupe Araguz," whereas, as defendant then knew, her name was not "Guadalupe Araguz," and which statement and signature she knew to be false, in violation of Title 18, United States Code, Section 1542.

## COUNT TWO
## AGGRAVATED IDENTITY THEFT

The Grand Jury further charges that in or about December 2017, in the Eastern District of Tennessee, the defendant, ALEJANDRA CENICEROS, also known as Guadalupe Araguz, during and in relation to the crime of passport fraud, Title 18 United States Code, Section 1542, did knowingly possess and use, without lawful authority, a means of identification of another person, that is, the name of "Guadalupe Araguz," and "Guadalupe Araguz's" birth certificate, in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL:

GRAND JURY FOREPERSON

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By:_____
Perry H. Piper
Assistant United States Attorney