# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) Case No. 1:19-cr-79 |
|---|---|
| v. | ) District Judge Harry S. Mattice |
| ALEJANDRA CENICEROS | ) Magistrate Judge Christopher H. Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 23] recommending that the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Count One of the two count Indictment; (2) accept Defendant's guilty plea to Count One of the two count Indictment; (3) adjudicate Defendant guilty of Passport Fraud in violation of 18 U.S.C. § 1542; and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release [Doc. 5] pending further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 23] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not guilty plea to Count One of the two count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the two count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Passport Fraud in violation of 18 U.S.C. § 1542;

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release [Doc. 5] pending further order of this Court.

5. Sentencing shall take place before the undersigned on **February 24, 2020 at 9:00 a.m.**

**SO ORDERED.**

    */s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE